## MISCELLANEOUS DISMISSALS

2007–1136.   Jennings v. Xenia Twp. Bd. of Zoning Appeals.
Greene App. No. 07–CA–16, 2007-Ohio-2355. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–1212.   State ex rel. Scouler v. Indus. Comm.
Franklin App. No. 06AP–325, 2007-Ohio-2468.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *August 21, 2007*

[Cite as *08/21/2007 Case Announcements,* 2007-Ohio-4257.]

## MOTION AND PROCEDURAL RULINGS

2006–1647.   Charvat v. Ryan.
Franklin App. No. 05AP–1331, 168 Ohio App.3d 78, 2006-Ohio-3705, and 2006-Ohio-4592. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint motion of appellant Philip J. Charvat and amicus curiae Ohio Attorney General Marc Dann to participate in oral argument,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.

2006–1855.   Charvat v. Ryan.
Franklin App. No. 05AP–1331, 168 Ohio App.3d 78, 2006-Ohio-3705, and 2006-Ohio-4592. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Franklin County. Upon consideration of the joint motion of appellant Philip J. Charvat and amicus curiae Ohio Attorney General Marc Dann to participate in oral argument,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *August 23, 2007*

[Cite as *08/23/2007 Case Announcements,* 2007-Ohio-4284.]

## MOTION AND PROCEDURAL RULINGS

2003–1572.   State ex rel. Howard v. Indus. Comm.
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On August 17, 2007, appellant filed a motion for leave to file a motion to vacate defective default judgment. Upon consideration thereof,

It is ordered by the court that the motion is denied.